Jeremy T. Bergstrom, Esq.  E-filed on July 8, 2010
Attorney Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
File No. 10-92232

Attorneys for Secured Creditor
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-80CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re, | BK No.: BK-S-10-19410-MKN |
| CHRISTY MALMEDAL, | Chapter 7 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-80CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

> Jeremy T. Bergstrom, Esq.
> MILES, BAUER, BERGSTROM & WINTERS, LLP
> 2200 Paseo Verde Pkwy., Suite 250
> Henderson, NV  89052
> PH (702) 369-5960

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:    July 8, 2010              By:    /s/ Jeremy T. Bergstrom, Esq.
                                                        Jeremy T. Bergstrom, Esq.
                                                        Attorney for Secured Creditor

1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on __July 8, 2010__, a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Randolph Goldberg
4000 S. Eastern Ave. #200
Las Vegas, NV  89119

CHAPTER 7 TRUSTEE:
William A. Leonard
6625 S. Valley View #224
Las Vegas, NV  89118

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Michelle L. Benson
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(10-92232/rfsnlv.dot/mlb)**